IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 2:09cr052-WHA |
| JAMES DANIEL WILLIAMS | ) | |

## **ORDER**

This case is before the court on the Defendant's Motion to Continue (Doc. #14), filed on April 14, 2009. Counsel for the Defendant states that the Government does not oppose the motion.

Because counsel for the Defendant needs additional time to prepare the case for trial, the court finds that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that this case is CONTINUED from its present setting of May 18, 2009, to the term of court commencing August 24, 2009.

DONE this 15th day April, 2009.

      /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE